United States District Court
Middle District of Florida
Jacksonville Division

CHRISTOPHER MCCLUNEY,

   *Plaintiff,*

v.                                          NO. 3:25-cv-390-WWB-PDB

TREACE MEDICAL CONCEPTS, INC., ETC.,

   *Defendants.*

---

## Order

Matthew Peller, Nicholas Bruno, and Thomas Laughlin move to specially appear to represent the plaintiff in this action. Docs. 19, 20, 23.

Based on the information with the motions, the Court **grants** the motions, Docs. 19, 20, 23; **permits** Peller, Bruno, and Laughlin to specially appear to represent the plaintiff in this action; and **directs** Peller, Bruno, and Laughlin to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form. The clerk will not send filings to Peller, Bruno, and Laughlin by U.S. Mail.

Counsel are directed to the order entered on April 24, 2025, Doc. 6, and the notice entered on April 24, 2025, directing counsel to comply with the district judge's standing order, available on the Court's website at https://www.flmd.uscourts.gov/judges/wendy-berger.

**Ordered** in Jacksonville, Florida, on May 14, 2025.

/s/ Patricia D. Barksdale
United States Magistrate Judge