**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER MCCLUNEY,

      Plaintiff,

v.                                 Case No.: 3:25-cv-390-WWB-PDB

TREACE MEDICAL CONCEPTS, INC.,
JOHN T. TREACE and MARK L. HAIR,

      Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on the parties' Unopposed Joint Motion to Confirm Service of Process and Extend Time to Respond to Complaint (Doc. 15). Therein, the parties request an order staying the deadlines for Defendant to respond to the Amended Complaint and for the filing of a case management report. The parties also request a determination that counsel for Defendants is authorized to accept service of process on behalf of Defendants. With respect to the latter request, the parties have failed to provide any legal authority or basis for the request and, therefore, it will be denied.

The Court, however, finds that a stay of deadlines pending appointment of a lead plaintiff and lead counsel and the close of pleadings is reasonable under the circumstances, will not prejudice any party, and will conserve both party and judicial resources. *See* 15 U.S.C. § 78u-4(b)(3)(B); *Tomco Equip. Co. v. Se. Agri-Sys., Inc.*, 542 F. Supp. 2d 1303, 1307 (N.D. Ga. 2008).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Unopposed Joint Motion to Confirm Service of Process and Extend Time to Respond to Complaint (Doc. 15) is **GRANTED in part** as set forth herein and **DENIED** in all other respects.

2. The deadline for Defendants to respond to the Amended Complaint is **STAYED** pending the Court's appointment of a lead plaintiff and lead counsel in this case.

3. No later then **fourteen days** after the appointment of a lead plaintiff and lead counsel in this case, Plaintiff shall file an amended pleading or notify the Court that the Amended Complaint (Doc. 10) will act as the operative pleading in this case.

4. Defendants shall have **twenty-one days** after the filing of an amended pleading or notice to respond to the operative pleading.

5. The filing of a case management report in accordance with Local Rule 3.02 is **STAYED** pending further order of this Court.

**DONE AND ORDERED** in Jacksonville, Florida on May 20, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record