United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER MCCLUNEY,**

*Plaintiff,*

v.                                              **NO. 3:25-cv-390-WWB-PDB**

**TREACE MEDICAL CONCEPTS, INC., ETC.,**

*Defendants.*

## Order

Jessica Magee, Esquire, moves to specially appear to represent John T. Treace in this action. Doc. 26.

Based on the information with the motion, the Court **grants** the motion, Doc. 26; **permits** Magee to specially appear to represent John T. Treace in this action; and **directs** Magee to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form. The clerk will not send filings to Magee by U.S. Mail.

The Court further directs Magee to review the district judge's standing order entered on January 13, 2021, and available on the Court's website, flmd-berger-standing-order-on-revised-local-rules-6-21-mc-3-orl-78.pdf.

**Ordered** in Jacksonville, Florida, on May 20, 2025.

_Patricia D. Barksdale_

Patricia D. Barksdale
*United States Magistrate Judge*