United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER MCCLUNEY,**

  *Plaintiff,*

v.                                                    **NO. 3:25-cv-390-WWB-PDB**

**TREACE MEDICAL CONCEPTS, INC., ETC.,**

  *Defendants.*

---

## Order

Michele Johnson, Heather Waller, Jansen VanderMeulen, Nicholas Siciliano, and Renatta Gorski move to specially appear to represent Treace Medical Concepts, Inc., in this action. Docs. 34, 35, 36, 37, 38.

Based on the information with the motions, the Court **grants** the motions, Docs. 34, 35, 36, 37, 38; **permits** Johnson, Waller, VanderMeulen, Siciliano, and Renatta to specially appear to represent Treace Medical Concepts, Inc., in this action; and **directs** Johnson, Waller, VanderMeulen, Siciliano, and Renatta to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form. The clerk will not send filings to them by U.S. Mail.

**Ordered** in Jacksonville, Florida, on May 23, 2025.

*Patricia D. Barksdale*
Patricia D. Barksdale
*United States Magistrate Judge*