United States District Court
Middle District of Florida
Jacksonville Division

CHRISTOPHER MCCLUNEY,

    *Plaintiff,*

v.                                        **NO. 3:25-cv-390-WWB-PDB**

TREACE MEDICAL CONCEPTS, INC., ETC.,

    *Defendants.*

_____

## Order

Proceeding under Local Rule 2.02(c), Laura Renstrom and Frank Morreale move to withdraw as counsel for Treace Medical Concepts, Inc., and Mark L. Hair. Docs. 32, 33. Counsel will continue to represent another party. Because Treace Medical and Hair consent to the withdrawal, the plaintiff has no objection, Treace Medical and Hair will continue to be represented by counsel, and granting the relief will not affect case management, the Court **grants** the motions, Doc. 32, 33, **permits** Renstrom and Morreale to withdraw, and **directs** the clerk to modify the docket accordingly.

**Ordered** in Jacksonville, Florida, on May 23, 2025.

Patricia D. Barksdale
United States Magistrate Judge