**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas L. Laughlin, IV
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com

*Counsel for Plaintiff Christopher McCluney*
*[Additional counsel appears on signature page]*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER MCCLUNEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TREACE MEDICAL CONCEPTS, INC., JOHN T. TREACE, and MARK L. HAIR, <br><br> Defendants. | **Case No: 3:25-cv-00390-WWB-PDB** <br><br> **CLASS ACTION** <br><br> **DECLARATION OF LINDSEY C. GROSSMAN IN SUPPORT OF MOTION BY CHRISTOPHER MCCLUNEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

1

I, Lindsey C. Grossman, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.  I am a partner with the law firm Criden & Love, P.A., counsel for Plaintiff and Lead Plaintiff movant Christopher McCluney ("Movant"), and proposed Lead Counsel for the Class.

2.  I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for the Class.

3.  Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:    Notice published April 11, 2025 via *Business Wire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:    Movant's Certification and Schedule A;

Exhibit C:    Movant's Loss Chart;

Exhibit D:    Movant's Declaration; and

Exhibit E:    Scott+Scott's firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on the 10th day of June, 2025.

*/s/ Lindsey C. Grossman*
Lindsey C. Grossman (No. 105185)

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Lindsey C. Grossman*
Lindsey C. Grossman (No. 105185)
