# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 05/08/2023 to 05/07/2024**

**TREACE MEDICAL CONCEPTS INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **TMCI** | **89455T109** | **BNG47W7** | **US89455T1097** | **$6.33081** | * |

**Christopher McCluney**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 5/8/2023 | 40 | $24.00 | -$960.00 |
| **Class Period purchases:** | | **40** | | **-$960.00** |
| | LIFO Retained Purchases: | 40 | $6.33081 | $253.23 |

**\* Value of retained shares is the mean trading price from 05/08/2024 to 08/06/2024**     **LIFO Gain/(Loss):**  **-$706.77**