**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| CHRISTOPHER MCCLUNEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TREACE MEDICAL CONCEPTS, INC., JOHN T. TREACE, and MARK L. HAIR, <br><br> Defendants. | Case No. 3:25-cv-00390-WWB-PDB |

**DECLARATION OF CULLIN O'BRIEN SUPPORT OF MOTION OF BRIAN SPARROW FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Cullin O'Brien, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am an attorney at the law firm Cullin O'Brien Law, P.A., proposed liaison counsel for movant Brian Sparrow ("Movant"). I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

3.    Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in this Court on April 11, 2025.

5.    Attached hereto as **Exhibit D** is a true and correct copy of Movant's Declaration in support of his motion.

6.    Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky LLP.

7.    Attached hereto as **Exhibit F** is a true and correct copy of the resume of Cullin O'Brien Law, P.A.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: June 10, 2025

/s/ Cullin O'Brien
Cullin O'Brien

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on June 10, 2025, I electronically filed the foregoing

document with the Clerk of the Court CM/ECF.


*/s/ Cullin O'Brien*
Cullin O'Brien