# EXHIBIT B

| Client Name | Brian Sparrow |
|---|---|
| Company Name | Treace Medical Concepts, Inc. |
| Ticker Symbol | TMCI |
| Security Type | |
| Class Period Start | 05-08-2023 |
| Class Period End | 05-07-2024 |
| 90-DAY Lookback Period Start | 05-08-2024 |
| 90-DAY Lookback Period End | 08-05-2024 |
| 90-DAY Lookback Average | $ 06.33 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $3,204.59 |
| DURA LIFO* Total | $3,204.59 |
| Gross Shares Purchased | 1,000 |
| Net Shares Retained | 1,000 |
| Net Funds Expended | $9,530.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-30-2023 | 1000 | 9.53 | $ 9,530.00 | | | | | | - | 1000 | 1000 | $ 06.33 | $ 6,325.41 | $ 3,204.59 | $ 3,204.59 |
| Total: | 1,000 | | $9,530.00 | | | | | | | 1,000 | 1,000 | | $6,325.41 | $3,204.59 | $3,204.59 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.