# EXHIBIT C

4/15/25, 1:35 PM · Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Treace Medical Concepts, Inc. (NASDAQ: TMCI)

Case 3:25-cv-00390-JER-PDB   Document 46-4   Filed 06/10/25   Page 2 of 8 PageID 399

Apr 11, 2025 4:04 PM Eastern Daylight Time

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Treace Medical Concepts, Inc. (NASDAQ: TMCI)

Share

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the Middle District of Florida against Treace Medical Concepts, Inc. ("Treace Medical" or the "Company") (NASDAQ: TMCI), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired Treace Medical securities between May 8, 2023, and May 7, 2024, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *McCluney v. Treace Medical Concepts, Inc., et al.,* Case No. 3:25-cv-00390.

## LEAD PLAINTIFF DEADLINE ON JUNE 10, 2025

Treace Medical is a medical technology company focused on advancing the standard of care for the surgical management of bunion and related midfoot deformities. The Company has patented the Lapiplasty, a combination of instruments, implants, and surgical methods designed to surgically correct all three planes of the bunion deformity and secure the unstable joint.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Defendants failed to disclose that: (1) competition

impacted the demand for and utilization of its primary product, the Lapiplasty 3D Bunion Correction System (the "Lapiplasty"); (2) as a result, Treace Medical's revenue declined and the Company needed to accelerate its plans to offer a product that was an alternative to osteotomy (a surgical procedure that involves cutting and realigning a bone to improve its position or function); and (3) Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

As the truth about Treace Medical's business reached the market, the price of Treace Medical's stock suffered significant declines, harming investors. For example, on May 7, 2024, after market hours, when the Company issued a press release reporting, among other things, that it lowered its full-year 2024 revenue guidance from between $220 million and $225 million to between $201 million and $211 million. During the associated earnings call the same day, Defendants revealed competition from minimally invasive osteotomy and Lapiplasty "knockoffs" created headwinds for Lapiplasty growth. On this news, the Company's stock price fell $6.95, or nearly 63%, to close at $4.17 per share on May 8, 2024, on unusually high trading volume.

## LEAD PLAINTIFF DEADLINE ON JUNE 10, 2025

If you purchased Treace Medical securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Middle District of Florida no later than June 10, 2025.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

If you wish to apply to be lead plaintiff, **please contact attorney Nicholas Bruno at (888) 398-9312 or at** [nbruno@scott-scott.com](mailto:nbruno@scott-scott.com).

## What You Can Do?

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your

choice to represent you in the Class Action.

**About Scott+Scott**

Scott+Scott is an international law firm known for its expertise in representing corporate clients, institutional investors, businesses, and individuals harmed by anticompetitive conduct or other forms of wrongdoing, including securities law and shareholder violations. With more than 100 attorneys in eight offices in the United States, as well as three offices in Europe, our advocacy has resulted in significant monetary settlements on behalf of our clients, along with other forms of relief. Our highly experienced attorneys have been recognized for being among the top financial lawyers in 2024 by Lawdragon, WWL: Commercial Litigation 2024, and Legal 500 in Antitrust Civil Litigation, and have received top Chambers 2024 rankings. In addition, we have been repeatedly recognized by the American Antitrust Institute for the successful litigation of high-stakes anticompetitive claims in the United States.

To learn more about Scott+Scott, our attorneys, or complex case resolution, please visit www.scott-scott.com.

This may be considered Attorney Advertising.

## Contacts

Nicholas S. Bruno
**Scott+Scott Attorneys at Law LLP**
**230 Park Avenue, 24th Floor, New York, NY 10169**
**(888) 398-9312**
nbruno@scott-scott.com

**Industry:**      Class Action Lawsuit    Professional Services    Legal



Scott+Scott Attorneys at Law LLP

⤪ NASDAQ:TMCI

RELEASE VERSIONS

English

CONTACTS

Nicholas S. Bruno
Scott+Scott Attorneys at Law LLP
230 Park Avenue, 24th Floor, New York, NY 10169
(888) 398-9312
nbruno@scott-scott.com

# More News From Scott+Scott Attorneys at Law LLP

🔊 Get RSS Feed

### Shareholder Alert: Scott+Scott Attorneys at Law LLP Issues Corrected Notice to Clarify Deadline To Seek Appointment As Lead Plaintiff In Securities Class Action Against Actinium Pharmaceuticals, Inc. (NYSE American: ATNM)

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott") issues this corrected notice to clarify the deadline to seek appointment as Lead Plaintiff in the securities class action against Actinium Pharmaceuticals, Inc. ("Actinium" or the "Company") and other...

Case 3:25-cv-00390-JER-DDB     Document 46-4     Filed 06/10/25     Page 6 of 8 PageID 397

## Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Actinium Pharmaceuticals, Inc. (NYSE American: ATNM)

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the Southern District of New York against...

## Scott+Scott Attorneys at Law LLP Announces Parties Provide Notice of Proposed Dismissal of Defendant from Stockholder Derivative Action

WILMINGTON, Del.--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP announces that Plaintiffs in the below-entitled action concerning Meta Platforms, Inc. (META) are releasing the following notice pursuant to an order of the Delaware Court of Chancery. IN THE COURT OF...

Back to Newsroom  →

# Wish your news had this kind of reach?

Sign Up  →

Learn About Business Wire  →



**Company**

About Business Wire

Careers

4/15/25, 12:58 PM Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Treace Medical Concepts, Inc. (NASDAQ: TMCI)

Case 3:25-cv-00390-JER-PDB    Document 46-4    Filed 06/10/25    Page 7 of 8 PageID 398

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy      Cookie Policy      Copyright      Accessibility Statement      Terms of Use

