**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER MCCLUNEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br><br>*Plaintiffs*,<br><br>v.<br><br>TREACE MEDICAL CONCEPTS, INC., ET AL.,<br><br>*Defendants*. | Case No. 3:25-cv-390-WWB-PDB<br><br><u>CLASS ACTION</u> |

**SPECIAL SITUATIONS PRIVATE EQUITY FUND, L.P.'S OPPOSITION TO THE
MOTION OF CHRISTOPHER McCLUNEY FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Lawrence M. Rolnick
Marc B. Kramer
Richard A. Bodnar
**ROLNICK KRAMER SADIGHI LLP**
PENN 1, Suite 3401
1 Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 597-2800
Fax: (212) 597-2801
Email: lrolnick@rksllp.com
mkramer@rksllp.com
rbodnar@rksllp.com

Robert F. Elgidely, Esq.
**FOX ROTHSCHILD LLP**
Florida Bar No. 111856
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2750
Miami, FL 33131
Tel: (305) 442-6543
Fax: (305) 442-6541
Email: relgidely@foxrothschild.com

*Attorneys for Special Situations Private
Equity Fund, L.P.*

i

Special Situations Private Equity Fund, L.P. (the "Fund"), through its undersigned counsel, respectfully submits this Opposition to the Motion of Christopher McCluney for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "McCluney Motion").[1]

## ARGUMENT

The Fund should be appointed lead plaintiff of this putative securities class action. (*See generally* Fund's Motion.)  Pursuant to the Private Securities Litigation Reform Act (the "PSLRA"), the Fund is the "most adequate plaintiff" because it timely moved for lead plaintiff, satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure, and has the "largest financial interest in the relief sought by the class" ($451,750).  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  The only other two movants—Brian Sparrow, who withdrew his motion (*see* ECF No. 48), and Chistopher McCluney, who filed a "Notice of Non-Opposition" (*see* ECF No. 54)—neither contest this nor attempt to rebut the PSLRA's strong presumption that the Fund is the most adequate plaintiff.  Accordingly, the Fund should be appointed lead plaintiff.

Though no party opposes the Fund's appointment as lead plaintiff or any other relief sought in the Fund's Motion, the McCluney Motion has not been withdrawn, and the Fund therefore files this opposition to make clear that the Fund opposes the McCluney Motion.  The Fund opposes the McCluney Motion because, by simple operation of the PSLRA, the Fund (and not Christopher McCluney) must be appointed lead plaintiff.

---

[1] The "Fund's Motion" refers to Special Situations Private Equity Fund, L.P.'s Motion and Incorporated Memorandum of Law for Appointment as Lead Plaintiff, Approval of Selection of Lead Counsel, and Consolidation of Related Actions (ECF No. 42).

1

## CONCLUSION

For the foregoing reasons, and for the reasons set forth in the Fund's Motion, the Fund respectfully requests that the Court deny the McCluney Motion and grant the entirety of the Fund's Motion.

DATED:   June 24, 2025                    Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: *Robert F. Elgidely*
Robert F. Elgidely, Esq.
Florida Bar No. 111856
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2750
Miami, FL 33131
Tel: (305) 442-6543
Fax: (305) 442-6541
Email: relgidely@foxrothschild.com

**ROLNICK KRAMER SADIGHI LLP**

Lawrence M. Rolnick (designated Lead Counsel by and for the Fund) (*pro hac vice* forthcoming)
Marc B. Kramer (*pro hac vice* forthcoming)
Richard A. Bodnar (*pro hac vice* forthcoming)
PENN 1, Suite 3401
1 Pennsylvania Plaza
New York, New York 10119
Tel: (212) 597-2800
Fax: (212) 597-2801
Email : lrolnick@rksllp.com
mkramer@rksllp.com
rbodnar@rksllp.com

*Attorneys for Special Situations Private Equity Fund, L.P.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 24, 2025, I electronically filed the foregoing *Special Situations Private Equity Fund, L.P.'s Opposition to the Motion of Christopher McCluney for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* with the Clerk of the Court using the CM/ECF System.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

By: *Robert F. Elgidely*
Robert F. Elgidely, Esq.