United States District Court
Middle District of Florida
Jacksonville Division

CHRISTOPHER MCCLUNEY,

    *Plaintiff,*

v.                                     NO. 3:25-cv-390-WWB-PDB

TREACE MEDICAL CONCEPTS, INC., ETC.,

    *Defendants.*

---

## Order

Lawrence Rolnick, Marc Kramer, and Richard Bodnar move to specially appear to represent Special Situations Private Equity Fund, L.P., in this action. Docs. 50, 51, 52.

Based on the information with the motions, the Court **grants** the motions, Docs. 50, 51, 52; **permits** Rolnick, Kramer, and Bodnar to specially appear to represent Special Situations Private Equity Fund, L.P., in this action; and **directs** Rolnick, Kramer, and Bodnar to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form. The clerk will not send filings to them by U.S. Mail.

By **July 7, 2025**, counsel must notify the Court who will be serving as lead counsel. *See* Local Rule 1.01(9); Local Rule 1.07(c); Local Rule 2.02; Local Rule 4.03; Local Rule 7.01(c)(4)(E) & (c)(5)(B).

**Ordered** in Jacksonville, Florida, on June 25, 2025.

Patricia D. Barksdale
United States Magistrate Judge