**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER MCCLUNEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br><br> *Plaintiffs*, <br><br> v. <br><br> TREACE MEDICAL CONCEPTS, INC., ET AL., <br><br> *Defendants*. | Case No. 3:25-cv-390-WWB-PDB <br><br> <u>CLASS ACTION</u> |

---

**LEAD PLAINTIFF SPECIAL SITUATIONS PRIVATE EQUITY FUND, L.P.'S
UNOPPOSED MOTION FOR APPROVAL OF SELECTION OF LOCAL COUNSEL**

---

Lawrence M. Rolnick
Marc B. Kramer
Richard A. Bodnar
**ROLNICK KRAMER SADIGHI LLP**
PENN 1, Suite 3401
1 Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 597-2800
Fax: (212) 597-2801
Email: lrolnick@rksllp.com
mkramer@rksllp.com
rbodnar@rksllp.com

Robert F. Elgidely, Esq.
**FOX ROTHSCHILD LLP**
Florida Bar No. 111856
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2750
Miami, FL 33131
Tel: (305) 442-6543
Fax: (305) 442-6541
Email: relgidely@foxrothschild.com

*Attorneys for Lead Plaintiff Special
Situations Private Equity Fund, L.P.*

i

Lead Plaintiff Special Situations Private Equity Fund, L.P. (the "Fund" or "Lead Plaintiff"), through its undersigned counsel, respectfully submits this Motion for Approval of Selection of Local Counsel.

## RELIEF REQUESTED

Lead Plaintiff respectfully requests that the Court enter an order approving Lead Plaintiff's selection of Robert F. Elgidely of Fox Rothschild LLP as local counsel for the class.

## ARGUMENT

In this putative securities class action, the Court should approve Lead Plaintiff's selection of Robert F. Elgidely of Fox Rothschild LLP as local counsel for the class. "[T]he PSLRA vests authority in the lead plaintiff to select and retain counsel to represent the class," *Piven v. Sykes Enters., Inc.*, 137 F. Supp. 2d 1295, 1306 (M.D. Fla. 2000), and "[t]he Court should not interfere with the lead plaintiff's selection of counsel unless necessary to 'protect the interests of the class[.]'" *Steppacher v. Alfi, Inc.*, 2022 WL 1115049, at *7 (S.D. Fla. April 13, 2022) (quoting *In re Jan. 2021 Short Squeeze Trading Litig.*, 2021 WL 4840857 at *6 (S.D. Fla. Oct. 15, 2021)).

The Court's approval of Mr. Elgidely as local counsel will benefit the class. Mr. Elgidely has decades of experience representing parties in complex commercial matters pending before the state and federal courts of Florida and elsewhere. (*See* Declaration of Robert F. Elgidely ¶¶ 2-3; *id.*, Ex. A (professional biography).) He also has significant experience assisting lead counsel Lawrence M. Rolnick and Marc B. Kramer in the prosecution of securities fraud actions in the federal courts of Florida, including in several previous matters: *Broadway Gate Master Fund, Ltd. et al. v. Ocwen Financial*

1

*Corporation et al.*, C.A. No. 9:16-cv-80056 (S.D. Fla.); *Brahman Partners II, L.P. et al. v. Ocwen Financial Corporation et al.*, C.A. No. 18-cv-80359 (S.D. Fla.); and *Owl Creek I, L.P. et al. v. Ocwen Financial Corporation et al.*, C.A. No. 18-cv-80506 (S.D. Fla.).  (*Id.* ¶ 4.)   The class will benefit from having an experienced Florida practitioner like Mr. Elgidely available to advise not only on matters of Florida practice, but also on the effective prosecution of this putative securities class action.  Accordingly, it cannot be argued that rejecting the Fund's selection of Mr. Elgidely as local counsel is "necessary to protect the interests of the class."  *Steppacher*, 2022 WL 1115049, at *7 (internal quotation marks omitted).

**CONCLUSION**

For the foregoing reasons, Lead Plaintiff respectfully requests that the Court approve its selection of Robert F. Elgidely of Fox Rothschild LLP as local counsel for the class.

DATED:   July 7, 2025                    Respectfully submitted,

By: /s/ *Lawrence M. Rolnick*
Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)
Richard A. Bodnar (*pro hac vice*)
**ROLNICK KRAMER SADIGHI LLP**
PENN 1, Suite 3401
1 Pennsylvania Plaza
New York, New York 10119
Tel: (212) 597-2800
Fax: (212) 597-2801
Email : lrolnick@rksllp.com
mkramer@rksllp.com
rbodnar@rksllp.com

*Lead Counsel for the Class and Lead Plaintiff Special Situations Private Equity Fund, L.P*

2

Robert F. Elgidely, Esq.
Florida Bar No. 111856
**FOX ROTHSCHILD LLP**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2750
Miami, FL 33131
Tel: (305) 442-6543
Fax: (305) 442-6541
Email: relgidely@foxrothschild.com

*Local Counsel for Lead Plaintiff Special Situations Private Equity Fund, L.P.*

3

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for Lead Plaintiff Special Situations Private Equity Fund, L.P. has conferred with counsel for Defendants Treace Medical Concepts, Inc., John T. Treace, and Mark L. Hair, who represented that they do not oppose the relief requested herein.

By: /s/ *Lawrence M. Rolnick*
Lawrence M. Rolnick

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2025, I electronically filed the foregoing *Lead Plaintiff Special Situations Private Equity Fund, L.P.'s Unopposed Motion for Approval of Selection of Local Counsel* with the Clerk of the Court using the CM/ECF System.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick

5