**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER MCCLUNEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>TREACE MEDICAL CONCEPTS, INC., ET AL.,<br><br>*Defendants*. | Case No. 3:25-cv-390-WWB-PDB<br><br><u>CLASS ACTION</u> |

## <u>DECLARATION OF ROBERT F. ELGIDELY</u>

I, Robert F. Elgidely, hereby declare as follows:

1.      I am a partner with the law firm of Fox Rothschild LLP, local counsel for Lead Plaintiff Special Situations Private Equity Fund, L.P. (the "Fund"). I submit this declaration in support of the Fund's Unopposed Motion for Approval of Selection of Local Counsel.

2.      I have been licensed to practice law in the state of Florida since 1997 and in the United States District Court for the Middle District of Florida since 2006. I am also licensed and authorized to practice law in the state of New York and admitted to practice in (a) the United States District Courts for the Southern and Northern Districts of Florida; (b) the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York; and (c) the United States Court of Appeals for the Eleventh Circuit. Attached hereto as **Exhibit A** is a true and correct copy of my professional biography,

1

which sets forth much of my experience litigating complex commercial cases in the federal and state courts in Florida and elsewhere during that time.

3.    My experience also includes litigating a federal securities class action in the United States District Court for the Southern District of New York, *see Katz v. Image Innovations Holdings, Inc. et al.*, C.A. No. 1:06-cv-03707, and litigating a class action in the United States District Court for the Southern District of Florida, *see Garfield v. ScribeAmerica, LLC*, C.A. No. 0:23-cv-60647.

4.    Moreover, I have previously worked closely with Lead Counsel Lawrence Rolnick and Marc Kramer in litigating several securities fraud actions in the federal district courts of Florida, including *Broadway Gate Master Fund, Ltd. et al. v. Ocwen Financial Corporation et al.*, C.A. No. 9:16-cv-80056 (S.D. Fla.); *Brahman Partners II, L.P. et al. v. Ocwen Financial Corporation et al.*, C.A. No. 18-cv-80359 (S.D. Fla.); and *Owl Creek I, L.P. et al. v. Ocwen Financial Corporation et al.*, C.A. No. 18-cv-80506 (S.D. Fla.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 7, 2025.

_____
Robert F. Elgidely

2