# EXHIBIT A





# Robert F. Elgidely

**Partner**

relgidely@foxrothschild.com

Miami, FL
Tel: 305.442.6543
Fax: 305.442.6541

New York, NY
Tel: 212.878.7900
Fax: 212.692.0940

Robert is a seasoned litigator whose practice focuses on complex bankruptcy disputes and commercial litigation matters.

In his bankruptcy practice, Robert regularly represents court-appointed fiduciaries in connection with Chapter 7 and Chapter 11 cases stemming from fraud and financial crimes. He has developed a reputation as a thorough and tenacious litigator who prosecutes fraudulent transfer, preference and professional liability claims with the objective of maximizing distributions to creditors. Robert also regularly represents debtors, creditors, creditors' committees and liquidating trustees.

He brings the same skills and measured, but relentless approach to his commercial litigation practice in prosecuting and defending business, real estate, aviation, admiralty, sports and entertainment, motor vehicle and ERISA/employee benefits disputes.

## Representative Matters

- Prosecuted avoidance claims seeking more than $84 million in recoveries in a Chapter 7 bankruptcy case stemming from a massive check-kiting scheme.
- Served as special counsel to the Chapter 7 trustee in a bankruptcy case involving a $350 million international Ponzi scheme in which 7,000 victim-creditors obtained significant recoveries.
- Represented the Chapter 11 trustee of a law firm which collapsed following the revelation of a $1.2 billion Ponzi scheme perpetrated by the firm's principal and secured recoveries which contributed to a 100% distribution to victim-creditors.
- Represented several Italian professional tennis players in connection with a suit against the ATP concerning provisions of the official rulebook for the sport.

## Services

- Financial Restructuring & Bankruptcy
- Bankruptcy Litigation
- Litigation
- Receiverships
- Securities Industry

## Before Fox Rothschild

Prior to joining Fox Rothschild, Robert was a partner in the bankruptcy law and litigation practice of a Florida boutique law firm.

Before he became a lawyer, Robert served in the U.S. Army National Guard and U.S. Army Reserve. He completed Basic Combat Training at Fort Leonard Wood, Missouri in 1989 and Advanced Individual Training as a medic at Fort Sam Houston, Texas in 1990.

## Beyond Fox Rothschild

In his free time, Robert enjoys spending time with his family and being active in his community. For the past several years, Robert has been a member of the Board of Trustees of Pace Center for Girls (Broward) and has co-chaired its Believing in Girls Empowerment Luncheon. Pace Center for Girls, Inc., with 21 centers in Florida, is a nationally recognized program offering year-round counseling, academics and life skills education for adolescent girls between the ages of 11 and 17 who are deemed at risk for juvenile delinquency, running away, substance abuse or academic underachievement. It is the only gender-responsive prevention and intervention program for girls in Broward County, Florida and has served over 7,500 girls and their families since it opened in 1992.

## Bar Admissions

- Florida
- New York

## Court Admissions

- U.S. District Court, Southern District of Florida
- U.S. District Court, Middle District of Florida
- U.S. District Court, Eastern District of New York
- U.S. District Court, Northern District of New York
- U.S. District Court, Southern District of New York
- U.S. District Court, Western District of New York

## Education

- University of Miami School of Law (LL.M. in Taxation, 1997)
- Nova Southeastern University, Shepard Broad College of Law (J.D., 1996)
- Siena College (B.A., 1993)
    - Political Science

## Memberships

- American Bar Association
- American Bankruptcy Institute
- Bankruptcy Bar Association for the Southern District of Florida
- Broward County Bar Association
    - Vice-Chair, Bankruptcy Section
- Federal Bar Association
- National Association of Bankruptcy Trustees
    - Foundation Board
    - Editorial Board, American Bankruptcy Trustee Journal
    - International Committee
- Commercial Law League of America
    - Executive Council, Bankruptcy Section

## Board of Directors

- PACE Center for Girls, Inc. (Broward)
- Miami Jewish Health Foundation

## Honors & Awards

- Selected to the "Best Lawyers in America" list for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law in Miami, FL by *Best Lawyers* (2021-2025)
- Named to the list of "Florida Legal Elite" by *Florida Trend* in Bankruptcy & Workouts (2017-2018) and Commercial Litigation (2019)
- Selected to the "Super Lawyers" list for General Litigation in Florida (2018-2025)
- Recognized as a "Top Lawyer" by the *South Florida Legal Guide* (2014-2020)