**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

|  |  |
|---|---|
| CHRISTOPHER MCCLUNEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br><br>*Plaintiffs*,<br><br>v.<br><br>TREACE MEDICAL CONCEPTS, INC., ET AL.,<br><br>*Defendants*. | Case No. 3:25-cv-390-WWB-PDB<br><br>CLASS ACTION |

**JOINT MOTION TO MODIFY CERTAIN CASE DEADLINES AND SET BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION(S) TO DISMISS**

Lead Plaintiff Special Situations Private Equity Fund, L.P. ("Lead Plaintiff"), Defendants Treace Medical Concepts, Inc., John T. Treace, and Mark L. Hair (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), through their undersigned counsel, respectfully submit this Joint Motion to Modify Certain Case Deadlines and Set Briefing Schedule for Defendants' Forthcoming Motion(s) to Dismiss.

**RELIEF REQUESTED**

The Parties respectfully request that the Court enter an order modifying certain case deadlines and setting a briefing schedule for Defendants' forthcoming motion(s) to dismiss, as set forth in the table below.

1

| Case Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Lead Plaintiff's Filing of Amended Complaint | **July 15, 2025** (*see* ECF No. 57) | **July 31, 2025** |
| Defendants' Filing of Motion(s) to Dismiss Lead Plaintiff's Amended Complaint | **August 5, 2025** (*see* ECF No. 27) | **September 5, 2025** |
| Lead Plaintiff's Filing of Opposition(s) to Defendants' Motion(s) to Dismiss | **August 19, 2025** (*see* L.R. 3.01(c)) | **October 10, 2025** |

Notwithstanding the above agreed-upon deadlines, Defendants reserve the right to seek leave of the Court pursuant to Local Rule 3.01(d) to file repl(ies) to Lead Plaintiff's opposition(s) to Defendants' motion(s) to dismiss, for which Defendants would seek a deadline of October 24, 2025, in the event Defendants believe repl(ies) would assist the Court in determining the issues on Defendants' forthcoming Motion(s) to Dismiss.

## BASIS FOR RELIEF AND LEGAL MEMORANDUM

There is good cause for the case deadlines and briefing schedule set forth herein. *See* Fed. R. Civ. P. 6(b). *First*, the Parties have agreed to the deadlines set forth herein and no one will be prejudiced by those deadlines. Under those circumstances, the Court should permit the extended deadlines to which the Parties have agreed. *See United States v. Approximately $35,860.00 in U.S. Currency*, 737 F. Supp. 3d 1308, 1313 (M.D. Fla. 2024).

*Second*, the proposed new deadlines for Lead Plaintiff to file an amended complaint, Defendants to move to dismiss the amended complaint, and Lead Plaintiff to oppose any such motions will materially advance the orderly prosecution and defense of this securities fraud class action, in which the drafting of both an amended complaint and the motions to dismiss that complaint require precise and meticulous effort.

2

*Third*, this is especially true in this case, in which Lead Plaintiff was appointed less than two weeks ago on July 1, 2025 (*see* ECF No. 70), and the case deadlines proposed by the Parties are modest and will not unduly delay the proceedings.  Courts in this district have typically provided additional time for the lead plaintiff in a securities class action to amend the complaint and for the defendants to move in response.  *See, e.g., Theodore v. Purecycle Technologies, Inc. et al.*, C.A. No. 6:21-cv-00809 (M.D. Fla.), ECF No. 70 (providing 45 days from lead plaintiff's appointment to amend complaint and 45 days thereafter for defendants to move in response); *Einhorn v. AxoGen, Inc. et al.*, C.A. No. 8:19-cv-00069 (M.D. Fla.), ECF No. 20 (providing 30 days from lead plaintiff's appointment to amend complaint and 30 days thereafter for defendants to move in response); *Piven et al. v. Sykes Enterprises et al.*, C.A. No. 8:00-cv-212 (M.D. Fla.), ECF No. 53 (providing 30 days from lead plaintiff's appointment to amend complaint and 45 days thereafter for defendants to move in response).  Here, the Parties have agreed to case deadlines that are in line with those of other securities class actions brought in this district.

<u>**CONCLUSION**</u>

For the foregoing reasons, the Parties respectfully request that the Court enter an order modifying certain case deadlines and setting a briefing schedule for Defendants' forthcoming motion(s) to dismiss, as described herein.

DATED:   July 11, 2025                    Respectfully submitted,

By: <u>*/s/ Lawerence M. Rolnick*</u>
Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)
Richard A. Bodnar (*pro hac vice*)
**ROLNICK KRAMER SADIGHI LLP**

3

PENN 1, Suite 3401
1 Pennsylvania Plaza
New York, New York 10119
Tel: (212) 597-2800
Fax: (212) 597-2801
Email: lrolnick@rksllp.com
mkramer@rksllp.com
rbodnar@rksllp.com

*Lead Counsel for the Class and Lead Plaintiff Special Situations Private Equity Fund, L.P*

Robert F. Elgidely, Esq.
Florida Bar No. 111856
**FOX ROTHSCHILD LLP**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2750
Miami, FL 33131
Tel: (305) 442-6543
Fax: (305) 442-6541
Email: relgidely@foxrothschild.com

*Local Counsel for Lead Plaintiff Special Situations Private Equity Fund, L.P.*

4

/s/      *Michele D. Johnson*
Michele D. Johnson (*pro hac vice*)
Lead Counsel for Defendants
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Email: michele.johnson@lw.com

Nicholas J. Siciliano (*pro hac vice*)
Heather A. Waller (*pro hac vice*)
Renatta A. Gorski (*pro hac vice*)
**LATHAM & WATKINS LLP**
300 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Email: nicholas.siciliano@lw.com
Email: heather.waller@lw.com
Email: renatta.gorski@lw.com

Jansen VanderMeulen (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Email: jansen.vandermeulen@lw.com

David D. Burns
Florida Bar No. 878081
**FERRELLE BURNS, P.A.**
241 Atlantic Boulevard, Suite 203
Neptune Beach, FL 32266
Tel.: (904) 372-4177
Email: dburns@ferrelleburns.com

*Attorneys for Defendants Treace Medical Concepts, Inc.*

5

/s/    Lauren V. Purdy
Lauren V. Purdy
Florida Bar No. 93943
Justin T. Delise
Florida Bar No. 1039356
**GUNSTER, YOAKLEY, & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202-5185
Tel.: (904) 354-1980    Fax: (904) 354-2170
Email:  lpurdy@gunster.com
Email:  jdelise@gunster.com

Brandee C. Permenter
Florida Bar No. 1058117
**GUNSTER, YOAKLEY, & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
P: (954) 462-2000 F: (954) 523-1722
Email: bpermenter@gunster.com

*Attorneys for Defendant Mark L. Hair*


/s/    Frank Morreale
Frank Morreale
Florida Bar No. 32599
Laura B. Renstrom
Florida Bar No. 108019
**HOLLAND & KNIGHT LLP**
50 North Laura Street, Suite 3900 Jacksonville,
FL 32202
Tel.: (904) 353-2000
Email:  frank.morreale@hklaw.com
Email:  laura.renstrom@hklaw.com

Jessica B. Magee (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
1722 Routh Street
Suite 1500
Dallas, TX 75201
Telephone:  214-964-9500

*Attorneys for Defendant John T. Treace*

6

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 11, 2025, I electronically filed the foregoing *Joint Motion to Modify Certain Case Deadlines and Set Briefing Schedule for Defendants' Forthcoming Motion(s) to Dismiss* with the Clerk of the Court using the CM/ECF System. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick