United States District Court
Middle District of Florida
Jacksonville Division

CHRISTOPHER MCCLUNEY,

    *Plaintiff,*

v.                                                    NO. 3:25-cv-390-WWB-PDB

TREACE MEDICAL CONCEPTS, INC., ETC.,

    *Defendants.*

## Order

In this class action under the Exchange Act, the Private Securities Litigation Reform Act of 1995 requires the court to appoint a lead plaintiff and the lead plaintiff to select and retain counsel to represent the class, subject to the court's approval. 15 U.S.C. § 78u-4(a)(3)(B)(i), (v).

The Court appointed Special Situations Private Equity Fund, L.P., as lead plaintiff and approved Lawrence Rolnick, Marc Kramer, and Richard Bodnar of Rolnick Kramer Sadighi to serve as lead co-counsel for the class. Doc. 57. The Court denied the approval of local counsel because the Fund identified a law firm (Fox Rothschild LLP), but no lawyer with the firm. Doc. 57 at 5.

The Fund renews its request and identifies Robert Elgidely as the Fox Rothschild lawyer it has selected as local counsel. The defendants do not oppose the request. Doc. 59 at 5.

The Fund asserts Elgidely has "decades of experience" representing parties in complex commercial matters before Florida state and federal courts and elsewhere, he has "significant experience" assisting Rolnick and Kramer in securities fraud actions in Florida federal courts, and his experience and availability to advise on Florida practice and on the effective prosecution of the action will benefit the class. Doc. 59 at 2–3; *see also* Doc. 59-1 (Elgidely's declaration); Doc. 59-2 (Elgidely's professional biography).

For the reasons provided by the Fund, the Court **grants** the motion, Doc. 59, and **approves** Robert Elgidely to serve as local counsel for the class.

**Ordered** in Jacksonville, Florida, on July 10, 2025.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*