United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER MCCLUNEY,**

    *Plaintiff,*

v.                               **NO. 3:25-cv-390-WWB-PDB**

**TREACE MEDICAL CONCEPTS, INC., ETC.,**

    *Defendants.*

---

## Order

Proceeding under Local Rule 2.02(c), Matthew Peller, Nicholas Bruno, and Thomas Laughlin move to withdraw as counsel for the plaintiff. Docs. 64, 65, 66. Because the plaintiff consents to the withdrawal and will continue to be represented by lead counsel appointed by the Court, the defendants have no objection, and granting the relief will not affect case management, the Court **grants** the motions, Doc. 64, 65, 66, **permits** Peller, Bruno, and Laughlin to withdraw, and **directs** the clerk to modify the docket accordingly.

**Ordered** in Jacksonville, Florida, on July 28, 2025.

Patricia D. Barksdale
United States Magistrate Judge