United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER MCCLUNEY,**

   *Plaintiff,*

**v.**                                          **NO. 3:25-cv-390-WWB-PDB**

**TREACE MEDICAL CONCEPTS, INC., ETC.,**

   *Defendants.*

---

## Order

Lindsey Grossman moves to permit Brian Schall to withdraw as the plaintiff's counsel, Doc. 67. The Court **denies** the motion without prejudice to filing a motion that complies with Local Rule 2.02(c)(2), which provides, "The withdrawing lawyer — not the lawyer's present or former firm or another lawyer — must move to withdraw unless unable because of an emergency, disability, or death."

A form motion to withdraw is on the Court's website on the "Lawyer Forms" page: https://www.flmd.uscourts.gov/forms/all/lawyer-forms.

**Ordered** in Jacksonville, Florida, on July 30, 2025.

Patricia D. Barksdale
United States Magistrate Judge