United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER MCCLUNEY,**

   *Plaintiff,*

v.                                                        **NO. 3:25-cv-390-WWB-PDB**

**TREACE MEDICAL CONCEPTS, INC., ETC.,**

   *Defendants.*

---

## Order

Proceeding under Local Rule 2.02(c), Brian Schall and Lindsey Grossman move to allow Schall to withdraw as counsel for the plaintiff. Doc. 71. Because the plaintiff consents to the withdrawal and will continue to be represented by counsel, the defendants have no objection, and granting the relief will not affect case management, the Court **grants** the motions, Doc. 71, **permits** Schall to withdraw, and **directs** the clerk to modify the docket accordingly.

   **Ordered** in Jacksonville, Florida, on August 15, 2025.

Patricia D. Barksdale
United States Magistrate Judge