UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER MCCLUNEY, Individually

and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.                          Case No.: 3:25-cv-00390-JEP-PDB

TREACE MEDICAL CONCEPTS, INC., et al.,

  Defendants.

_____

**ORDER**

    **THIS CASUE** is before this Court on "Defendants' Unopposed Request for Oral Argument for Defendants' Motion to Dismiss Second Amended Class Action Complaint" (Doc. 76) and Defendants' Motion for Leave to File a Reply in Support of Motion to Dismiss (Doc. 80, Motion). Plaintiff opposes the motion for leave to file a reply. Motion at 2.

    Accordingly, it is **ORDERED:**

1. "Defendants' Unopposed Request for Oral Argument for Defendants' Motion to Dismiss Second Amended Class Action Complaint" (Doc. 76) is **DENIED.**

-2-

2. Defendants' Motion for Leave to File a Reply in Support of Motion to Dismiss (Doc. 80) is **GRANTED.** Defendants shall file their reply by Friday, November 28, 2025, and the reply must not exceed five pages.

**DONE** and **ORDERED** in Jacksonville, Florida on November 18, 2025.

_____

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record