**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER MCCLUNEY,
*Individually and on Behalf of All*
*Others Similarly Situated,*
     Plaintiff,

v.
                                   Case No:  3:25-cv-390-JEP-PDB

TREACE MEDICAL CONCEPTS, INC.,
JOHN T. TREACE, MARK L. HAIR,

     Defendants.

_____/

## SHOW CAUSE ORDER

This matter is before the Court on a status review. This case was filed on April 11, 2025 (Doc. 1), yet the parties have failed to file a joint Case Management Report as required by Local Rule 3.02. Accordingly, Plaintiff is ordered to **SHOW CAUSE** within fourteen (14) days from the date of this Order why this case should not be dismissed for Plaintiff's failure to file a joint Case Management Report as ordered and otherwise prosecute this action pursuant to Local Rule 3.10.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of December, 2025.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

- 2 -

Copies to:
      Counsel of Record