UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER MCCLUNEY,
Individually and on Behalf of All
Others Similarly Situated,

 Plaintiff,

           Case No.: 3:25-cv-390-JEP-PDB

v.

TREACE MEDICAL CONCEPTS,
INC., et al.,

 Defendants.

_____/

## **ORDER**

**THIS CAUSE** is before this Court on Lead Plaintiff Special Situations Private Equity Fund, L.P.'s Response (Doc. 87) to this Court's Show Cause Order (Doc. 86). Plaintiff advises this Court of a prior order staying the requirement to file a case management report until further order of this Court (Doc. 27 at 2), and the automatic discovery stay during the pendency of a motion to dismiss in a case arising under the Private Securities Ligation Reform Act of 1995, 15 U.S.C. § 78u-4.

Accordingly, it is **ORDERED**:

1. This Court's Show Cause Order (Doc. 86) is **DISCHARGED**.

2. All discovery and other proceedings are **STAYED** pending the

-2-

resolution of Defendant's Motion to Dismiss (Doc. 75).

3. The filing of a case management report in accordance with Local Rule 3.02 is **STAYED** pending the resolution of Defendant's Motion to Dismiss (Doc. 75).

**DONE** and **ORDERED** in Jacksonville, Florida on December 16, 2025.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

-2-